**TIMOTHY M. COLLIER, STATE BAR NO. 030431**
**LAW OFFICE OF TIMOTHY M. COLLIER, PLLC**
**3295 North Drinkwater Blvd., Suite 9**
**Scottsdale, Arizona 85251**
**Tel. (480) 855-1842**
**Fax (480) 718-8759**
**timothy.collier@tmcollierlaw.com**
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JOHN MOON, an unmarried man,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN and CAITLIN JOCQUE, husband and wife.<br><br>Defendants. | Chapter 11 Proceeding<br><br>Case No. 2:20-bk-06897<br><br>**No. ____________________**<br><br>**NOTICE OF REMOVAL** |

JOHN MOON, an unmarried man (the "Movant"), as Plaintiff in the Arizona Superior Court of Maricopa County (the "Superior Court"), Case No. CV2018-007262 (the "Removed Case"), hereby remove the Removed Case to the United States Bankruptcy Court for the District of Arizona (the "Bankruptcy Court")

**I. Entitlement to Removal**.

The Removed Case was commenced in the Superior Court on May 9, 2018. On June 8, 2020, the Movant commenced Chapter 11 bankruptcy, Case No. 2:20-bk-06897, (collectively the "Bankruptcy Case") in the Bankruptcy Court in the District of Arizona.

The Removed Case is a case related to the Bankruptcy Case. As such, the United States District Court for the District of Arizona (the "District Court") has jurisdiction of the Removed Case pursuant to 28 U.S.C. § 1334(b). Therefore, pursuant to 28 U.S.C. § 1452(a), the Removed Case may be removed to the District Court.

Pursuant to 28 U.S.C. § 157, the District Court may refer the Removed Case to the bankruptcy judges for the district. By its General Order 128, the District Court has referred to the bankruptcy judges for this district all cases under Title 11 and all proceedings under Title 11 or arising in or related to a case under Title 11. That includes the Removed Case.

As permitted by Bankruptcy Rule 9027(a)(2), this Notice of Removal is being filed within ninety (90) days after the order for relief in the Bankruptcy Case.

**a. Status of Removed Case**.

The Removed Case is a core proceeding within the meaning of 28 U.S.C. § 157(b), as the Removed Case involves proceedings that are derivative in nature (a) to determine whether Defendant Jocque breached his fiduciary duty regarding his management of several business entities; (b) to determine whether Defendant Jocque committed common law fraud regarding his management of several business entities; (c) to determine whether Defendant Jocque breached the operating agreements regarding his management of several business entities; (d) to determine whether Defendant Jocque committed fraudulent schemes and artifices regarding his management of several business entities

(d) to determine whether Defendant Jocque participated in a pattern of unlawful activity regarding his management of several business entities; and (e) to determine whether Defendant Jocque failed to allow for accounting/inspection of records, upon proper request, regarding several business entities he managed. The above general descriptions of the core proceedings are specifically detailed and outlined in the Verified Complaint that commenced the Removed Case and includes eighteen (18) claims for relief.

Pursuant to 28 U.S.C. § 157(c)(2), the Movant do consent to the District Court's referral of the Removed Case to the Bankruptcy Court to hear and determine and to enter appropriate orders and judgments, subject to review under 28 U.S.C. § 158. Pursuant to Bankruptcy Rule 9027(a)(1), the Movant do consent to the entry of final orders of judgments by the bankruptcy judge.

**II. Process and Pleadings**.

This notice is accompanied by copies of all process, pleadings (as narrowly defined by F.R.Civ.P. Rule 7(a)) and minute entries and orders filed prior to removal, plus, if available, a copy of the docket for the Removed Case from the court where the Removed Case is pending.

**III. Filing in Superior Court**.

Promptly after the filing hereof, the undersigned will file a copy of this notice with the Clerk of the Superior Court.

**WHEREFORE**, the Movant respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED on this 17th day of June, 2020.

By */s/ Timothy M. Collier*
TIMOTHY M. COLLIER
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2020, a copy of the foregoing **NOTICE OF REMOVAL** was served upon counsel of record via electronic mail as follows:

William G. Klain
Michelle Swann
Lang & Klain, P.C.
6730 N. Scottsdale Road, Suite 101
Scottsdale, Arizona 85253-4408
filing@lang-klain.com
*Attorneys for Defendants*

Patrick F. Keery
Keery McCue, PLLC
6803 East Main Street, Suite 1116
Scottsdale, AZ 85251
pfk@keerymccue.com
*Attorney for Chad Landau in Bankruptcy Case*

s/ *Tremain Davis*
Tremain Davis