

**THE LAW OFFICE OF TIMOTHY M. COLLIER, PLLC**

**TIMOTHY M. COLLIER, STATE BAR NO. 030431**
**LAW OFFICE OF TIMOTHY M. COLLIER, PLLC**
**3295 North Drinkwater Blvd., Suite 9**
**Scottsdale, Arizona 85251**
**Tel. (480) 855-1842**
**Fax (480) 718-8759**
**timothy.collier@tmcollierlaw.com**

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHAD LANDAU, an individual and on behalf of BRIDGE ENTERTAINMENT, LLC, an Arizona limited liability company; BKN INVESTMENTS, LLC, an Arizona limited liability company; BKN REAL ESTATE, LLC, an Arizona limited liability company; CS CHANDLER REAL ESTATE, LLC, an Arizona limited liability company; DIEGO POPS, LLC, an Arizona limited liability company; DIEGO POPS HOLDINGS, LLC, an Arizona limited liability company; and SCOTTSDALE ROAD RESTAURANT, LLC, an Arizona limited liability company; JOHN MOON, an individual; EDUARDO ESCOBAR, an individual; D2W, LLC, an Arizona limited liability company; KAREN DORIS, LLC, an Arizona limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN and CAITLIN JOCQUE, husband and wife. <br><br> Defendants. | Chapter 11 Proceeding <br><br> Case No. 2:20-bk-06897 <br><br> **No. 2:20-ap-00169-BKM** <br><br> **NOTICE OF ERRATA** |

COMES NOW, Plaintiff John Moon, hereby files this Notice of Errata to correct the caption in the Notice of Removal filed June 17, 2020 (Doc. 1) to reflect all Plaintiffs and should have been captioned as follows: "CHAD LANDAU, an individual and on behalf of BRIDGE ENTERTAINMENT, LLC, an Arizona limited liability company; BKN INVESTMENTS, LLC, an Arizona limited liability company; BKN REAL ESTATE, LLC, an Arizona limited liability company; CS CHANDLER REAL ESTATE, LLC, an Arizona limited liability company; DIEGO POPS, LLC, an Arizona limited liability company; DIEGO POPS HOLDINGS, LLC, an Arizona limited liability company; and SCOTTSDALE ROAD RESTAURANT, LLC, an Arizona limited liability company; JOHN MOON, an individual; EDUARDO ESCOBAR, an individual; D2W, LLC, an Arizona limited liability company; KAREN DORIS, LLC, an Arizona limited liability company, Plaintiffs."

Additionally, page 1, lines 26-7 states: "the Movant commenced Chapter 11 bankruptcy, Case No. 2:20-bk-06897" but should have stated: "Plaintiff Chad Landau commenced Chapter 11 bankruptcy, Case No. 2:20-bk-06897".

RESPECTFULLY SUBMITTED on this 17th day of June, 2020.

By */s/ Timothy M. Collier*
TIMOTHY M. COLLIER
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251
*Attorney for Plaintiff John Moon*

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | I certify that on June 17, 2020, a copy of the foregoing **NOTICE OF ERRATA** |
| 4 | was served upon counsel of record via electronic mail as follows: |

William G. Klain
Michelle Swann
Lang & Klain, P.C.
6730 N. Scottsdale Road, Suite 101
Scottsdale, Arizona 85253-4408
filing@lang-klain.com
*Attorneys for Defendants*

Patrick F. Keery
Keery McCue, PLLC
6803 East Main Street, Suite 1116
Scottsdale, AZ 85251
pfk@keerymccue.com
*Attorney for Chad Landau*
*in Bankruptcy Case*

s/ *Tremain Davis*
Tremain Davis