**LANG & KLAIN, P.C.**
6730 N. SCOTTSDALE RD., SUITE 101
SCOTTSDALE, ARIZONA 85253-4408
TELEPHONE (480) 534-4900
*Please e-serve filings on:*
*Filing@lang-klain.com*

WILLIAM G. KLAIN, #015851
wklain@lang-klain.com *(not for e-service)*
MICHELLE H. SWANN, #019819
mswann@lang-klain.com *(not for e-service)*

*Attorneys for Defendants Ryan and Caitlin Jocque*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LANDAU BKN HOLDINGS, LLC, an Arizona limited liability company,<br><br>    Debtor.<br>_____<br>CHAD MICHAEL LANDAU,<br><br>    Debtor.<br>_____<br>KAREN DORIS, LLC, an Arizona limited liability company,<br><br>    Debtor.<br>_____<br>CHAD LANDAU, an individual and on behalf of BRIDGE ENTERTAINMENT, LLC, an Arizona limited liability company; BKN INVESTMENTS, LLC, an Arizona limited liability company; BKN REAL ESTATE, LLC, an Arizona limited liability company; CS CHANDLER REAL ESTATE, LLC, an Arizona limited liability company; DIEGO POPS, LLC, an Arizona limited liability company; DIEGO POPS HOLDINGS, LLC, an Arizona limited liability company; SCOTTSDALE ROAD RESTAURANT, LLC, an Arizona limited liability company; JOHN MOON, an individual; EDUARDO ESCOBAR, an individual; D2W, LLC, an Arizona limited liability company; KAREN DORIS, LLC an Arizona limited liability company, | **Chapter 11 Proceedings**<br><br>**Case No. 2:20-bk-04622-DPC**<br>**Case No. 2:20-bk-06897-DPC**<br>**Case No. 2:20-bk-06955-DPC**<br>   **(Jointly Administered)**<br><br><br><br>**DEFENDANTS' STATEMENT REGARDING ENTRY OF FINAL ORDERS**<br><br><br><br>**Adv. No. 2:20-ap-00169-DPC** |

|   |                                               |
|---|-----------------------------------------------|
| 1 | Plaintiffs,                                   |
| 2 | v.                                            |
| 3 | RYAN and CAITLIN JOCQUE, husband and wife,    |
| 4 | Defendants.                                   |

On June 17, 2020, in the action captioned Moon et al. v. Jocque, Case No. 2:20-bk-06897, John Moon filed a Notice of Removal to this Court, although he is not the debtor in any of these consolidated cases. Pursuant to Fed. R. Bankr. P. 9027(e)(3), Ryan and Caitlin Jocque provide notice that they do <u>not</u> consent to entry of final orders or judgment by the Bankruptcy Court, and anticipate filing a Motion to Remand back to the Maricopa County Superior Court case to resolve claims asserted by Moon and Debtor Plaintiff Chad Landau against them.

DATED this 1st day of July, 2020.

                                        LANG & KLAIN, P.C.

                                        By: /s/ William G. Klain
                                              William G. Klain
                                              Michelle H. Swann
                                              *Attorneys for Defendants*

Electronically filed with the Clerk of Court,
and copies mailed and emailed this same date to:

Timothy M. Collier
William A. Weber
Law Office of Timothy M. Collier, PLLC
3295 N. Drinkwater Boulevard, Suite 9
Scottsdale, AZ 85251
timothy.collier@tmcollierlaw.com
william.weber@tmcollierlaw.com
*Attorneys for Plaintiff John Moon*

Patrick F. Keery
Keery McCue, PLLC
6803 E. Main Street, Suite 1116
Scottsdale, AZ 85251
pfk@keerymccue.com
*Attorney for Debtor Chad Landau*

By /s/ Lisa Plisko