MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*ATTORNEYS FOR DEBTOR*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| LANDAU BKN HOLDINGS, LLC, an Arizona limited liability company,<br><br>Debtor. | Case No. 2:20-bk-04622-DPC<br>Case No. 2:20-bk-06897-DPC<br>Case No. 2:20-bk-06955-DPC<br><br>(Jointly Administered) |
| CHAD MICHAEL LANDAU,<br><br>Debtor. | **Adv. Case No. 2:20-ap-00169-DPC**<br><br>**PLAINTIFF'S STATEMENT PURSUANT TO RULE 9027(e)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>(This pleading relates to all Debtors) |
| KAREN DORIS, LLC, an Arizona limited liability company,<br><br>Debtor. | |
| CHAD LANDAU, an individual and on behalf of BRIDGE ENTERTAINMENT, LLC, an Arizona limited liability company; BKN INVESTMENTS, LLC, an Arizona limited liability company; BKN REAL ESTATE, LLC, an Arizona limited liability company; CS CHANDLER REAL ESTATE, | |

-1-
PLAINTIFF'S STATEMENT PURSUANT TO FED.R.BANKR.P. 9027(E)(3)

| | |
|---|---|
| 1 | LLC, an Arizona limited liability company; DIEGO POPS, LLC, an Arizona limited liability company; DIEGO POPS HOLDINGS, LLC, an Arizona limited liability company; SCOTTSDALE ROAD RESTAURANT, LLC, an Arizona limited liability company; JOHN MOON, an individual; EDUARDO ESCOBAR, an individual; D2W, LLC, an Arizona limited liability company; KAREN DORIS, LLC an Arizona limited liability company, |

Plaintiffs

v. RYAN and CAITLIN JOCQUE, husband and wife,

Defendants

Plaintiffs, Chad Michael Landau ("**Landau**") and Karen Doris, LLC ("**KD**" and together with Landau "**Plaintiffs**"), as plaintiffs in the above-captioned removed litigation (this "**Adversary Proceeding**"), pursuant to Rule 9027(e)(3) of the Federal Rule of Bankruptcy Procedure, hereby consents to the entry of final orders or judgments by the Bankruptcy Court in this Adversary Proceeding.

DATED this 1st day of July, 2020.

**KEERY MCCUE, PLLC**

By: /s/ *Patrick F. Keery* (#030971)
Patrick F. Keery, Esq.
*Attorneys for Debtor / Plaintiff*