```
                            United States Bankruptcy Court
                                District of Arizona
Landau,
        Plaintiff                                               Adv. Proc. No. 20-00169-BKM

Jocque,
        Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: lowryj              Page 1 of 2           Date Rcvd: Sep 03, 2020
                              Form ID: notvhrga         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.
  NO NOTICES MAILED.

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion14.px.ecf@usdoj.gov Sep 04 2020 03:14:36     U.S. TRUSTEE,
                  OFFICE OF THE U.S. TRUSTEE,   230 NORTH FIRST AVENUE,   SUITE 204,   PHOENIX, AZ 85003-1725
                                                                                            TOTAL: 1

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla             BKN Investments, LLC
pla             BKN Real Estate, LLC
pla             Bridge Entertainment, LLC
pla             CS Chandler Real Estate, LLC
dft             Caitlin Jocque
pla             Chad Landau
pla             D2W LLC
pla             Diego Pops Holdings, LLC
pla             Diego Pops, LLC
pla             Eduardo Escobar
pla             John Moon
pla             Karen Doris, LLC
dft             Ryan Jocque
pla             Scottsdale Road Restaurant, LLC
                                                                                    TOTALS: 14, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
              EDWIN B STANLEY    on behalf of Defendant Ryan  Jocque bstanley@simbroandstanley.com,
               bradstanleyaz@gmail.com,sharonsecf@gmail.com,skirby@simbroandstanley.com
              EDWIN B STANLEY    on behalf of Defendant Caitlin  Jocque bstanley@simbroandstanley.com,
               bradstanleyaz@gmail.com,sharonsecf@gmail.com,skirby@simbroandstanley.com
              PATRICK F KEERY    on behalf of Plaintiff Chad  Landau pfk@keerymccue.com,
               Mthompson@ecf.courtdrive.com,2624@notices.nextchapterbk.com,mat@keerymccue.com
              PATRICK F KEERY    on behalf of Plaintiff   Karen Doris, LLC pfk@keerymccue.com,
               Mthompson@ecf.courtdrive.com,2624@notices.nextchapterbk.com,mat@keerymccue.com
              TIMOTHY M. COLLIER    on behalf of Plaintiff John  Moon timothy.collier@tmcollierlaw.com,
               tdavis@tmcollierlaw.com
              TIMOTHY M. COLLIER    on behalf of Plaintiff Eduardo  Escobar timothy.collier@tmcollierlaw.com,
               tdavis@tmcollierlaw.com
              TIMOTHY M. COLLIER    on behalf of Plaintiff    Karen Doris, LLC timothy.collier@tmcollierlaw.com,
               tdavis@tmcollierlaw.com
              TIMOTHY M. COLLIER    on behalf of Plaintiff    Diego Pops, LLC timothy.collier@tmcollierlaw.com,
               tdavis@tmcollierlaw.com
              TIMOTHY M. COLLIER    on behalf of Plaintiff    Diego Pops Holdings, LLC
               timothy.collier@tmcollierlaw.com,  tdavis@tmcollierlaw.com
              TIMOTHY M. COLLIER    on behalf of Plaintiff    CS Chandler Real Estate, LLC
               timothy.collier@tmcollierlaw.com,  tdavis@tmcollierlaw.com
              TIMOTHY M. COLLIER    on behalf of Plaintiff    Bridge Entertainment, LLC
               timothy.collier@tmcollierlaw.com,  tdavis@tmcollierlaw.com
              TIMOTHY M. COLLIER    on behalf of Plaintiff    BKN Investments, LLC
               timothy.collier@tmcollierlaw.com,  tdavis@tmcollierlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        TIMOTHY M. COLLIER    on behalf of Plaintiff    BKN Real Estate, LLC timothy.collier@tmcollierlaw.com, tdavis@tmcollierlaw.com

        TIMOTHY M. COLLIER    on behalf of Plaintiff Chad  Landau timothy.collier@tmcollierlaw.com, tdavis@tmcollierlaw.com

        TIMOTHY M. COLLIER    on behalf of Plaintiff    Scottsdale Road Restaurant, LLC timothy.collier@tmcollierlaw.com, tdavis@tmcollierlaw.com

        TIMOTHY M. COLLIER    on behalf of Plaintiff    D2W LLC timothy.collier@tmcollierlaw.com, tdavis@tmcollierlaw.com

        WILLIAM G. KLAIN    on behalf of Defendant Caitlin  Jocque FilingKAL@lang-baker.com

        WILLIAM G. KLAIN    on behalf of Defendant Ryan  Jocque FilingKAL@lang-baker.com

        TOTAL: 18

FORM notvhrga

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:20−bk−06897−DPC

    CHAD MICHAEL LANDAU  Chapter: 11
*Debtor(s)*

---

    Chad Landau  Adversary No.: 2:20−ap−00169−BKM
    et al.
*Plaintiff(s)*

*v.*

    Ryan Jocque
    et al.
*Defendant(s)*

# NOTICE OF VIDEOCONFERENCE HEARING

A videoconference hearing in the above−entitled cause will be held on at **.** The **Honorable** will consider and/or act upon the following matter(s) at the hearing:

CONTINUED HEARING ON MOTION FOR REMAND

Videoconference Hearing Guidelines, which have been implemented by the Court and will be applicable to this videoconference hearing, are located on the Court's website at the following link:
http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

Interested parties may appear at this videoconference hearing using one of the following options:

    1. Open an internet browser window (Chrome is recommended) and navigate to https://www.zoomgov.com.
        a. Click on "Join a Meeting" and enter the **Hearing ID: 1618354629**;
        b. Follow on−screen instructions, including entering your full name (First, Last), and entering the **Passcode: 690329**

    2. Click on the Videoconference Hearing link:
        **https://www.zoomgov.com/j/1618354629?pwd=Y2lsdXdHVWZ4MWlZWnppRENudVkxUT09**
        a. Follow the on−screen instructions, and ensure that your full name (First, Last) is displayed for the record.

Meeting ID: 161 835 4629
Passcode: 690329
One tap mobile
+16692545252,,1618354629#,,,,,,0#,,690329# US (San Jose)
+16468287666,,1618354629#,,,,,,0#,,690329# US (New York)

Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
Meeting ID: 161 835 4629
Passcode: 690329

Find your local number: https://www.zoomgov.com/u/adqUXt9UM7

Join by SIP
1618354629@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
52
61
100.140
Meeting ID: 161 835 4629
Passcode: 690329

– – – NOTICE CONTINUES ON NEXT PAGE – – –

**Date: September 3, 2020**

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003–1727  
Telephone number: (602) 682–4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**