

**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street Phoenix, Arizona 85004

Telephone: 602-606-2810   Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Ross P. Meyer, #028473
Jordan C. Wolff, #34110
admin@wb-law.com
*Attorneys for Plaintiff John Moon*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CHAD LANDAU, et. al., | Case No.: CV2018-007262 |
| **Plaintiffs,** | **PLAINTIFF MOON'S CONTORVERTING STATEMENT OF FACTS TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNTS FOUR AND FIVE TO THE EXTENT FILED BY PLAINTIFF JOHN MOON** |
| vs. | |
| RYAN and CAITLIN JOCQUE, husband and wife, | |
| **Defendants.** | (Assigned to the Honorable Daniel G. Martin) |

Plaintiff, John Moon (hereinafter referred to as "Moon"), presents the following Controverting Statement of Facts to Defendants' Motion for Partial Summary Judgment as to Counts Four and Five to the Extent Filed by Plaintiff John Moon (hereinafter referred to as "CSOF").

1. Admit.
2. Admit.
3. Admit.

4. Admit
5. Admit.
6. Admit.
7. Admit.
8. Admit.
9. Admit.
10. Admit.
11. Admit.
12. Admit.
13. Admit.
14. Admit.
15. Admit.

**RESPECTFULLY SUBMITTED** this 31st day of January, 2020.

**WILENCHIK & BARTNESS, P.C.**

 /s/ *Ross P. Meyer*
Dennis I. Wilenchik, Esq.
Ross P. Meyer, Esq.
Jordan C. Wolff, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Plaintiff John Moon*

**ELECTRONICALLY** filed January 31, 2020,
via AZTurboCourt.com

**COPY** electronically transmitted by the Clerk of the Court via AZTurboCourt.com
to the Daniel G. Martin

**COPIES** electronically served January 31, 2020, using AZTurboCourt.com, to:

William G. Klain, Esq.
Michelle H. Swann, Esq.
LANG & KLAIN, P.C.
6730 N. Scottsdale Road, Suite 101
Scottsdale, Arizona 85253-4408
wklain@lang-klain.com
MSwann@lang-klain.com
filing@lang-klain.com
*Attorneys for Defendants*

Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills + Woods, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
*Attorneys for Plaintiff D2W, LLC*

**COPY** emailed on January 31, 2020, to:

Chad Landau, for himself
and for Karen Doris, LLC
1412 Copper Trace
Cleveland Heights, Ohio 44118
Chad.m.landau@gmail.com

  */s/ Ross P. Meyer*
_____