

1  **TIMOTHY M. COLLIER, STATE BAR NO. 030431**
   **LAW OFFICE OF TIMOTHY M. COLLIER, PLLC**
2  **3295 North Drinkwater Blvd., Suite 9**
   **Scottsdale, Arizona 85251**
3  **Tel. (480) 855-1842**
4  **Fax (480) 718-8759**
   **timothy.collier@tmcollierlaw.com**
5
6  *Attorney for Plaintiff, John Moon*

7  ### IN THE UNITED STATES DISTRICT COURT

8  ### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHAD LANDAU, an individual and on behalf of BRIDGE ENTERTAINMENT, LLC, an Arizona limited liability company; BKN INVESTMENTS, LLC, an Arizona limited liability company; BKN REAL ESTATE, LLC, an Arizona limited liability company; CS CHANDLER REAL ESTATE, LLC, an Arizona limited liability company; DIEGO POPS, LLC, an Arizona limited liability company; DIEGO POPS HOLDINGS, LLC, an Arizona limited liability company; and SCOTTSDALE ROAD RESTAURANT, LLC, an Arizona limited liability company; JOHN MOON, an individual; EDUARDO ESCOBAR, an individual; D2W, LLC, an Arizona limited liability company; KAREN DORIS, LLC, an Arizona limited liability company,<br>      Plaintiffs,<br><br>vs.<br><br>RYAN and CAITLIN JOCQUE, husband and wife.<br>      Defendants. | Chapter 11 Proceeding<br><br>Case No. 2:20-bk-04622-DPC<br>        2:20-bk-06897-DPC<br>        2:20-bk-06955-DPC<br><br>(Jointly administered)<br><br>**No. 2:20-ap-00169-DPC**<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA** |

| | |
|---|---|
| 1 | Pursuant to Fed. R. Civ. P. 45(a)(4), made applicable in these proceedings by Bankruptcy |
| 2 | Rule 9016, notice is hereby given that Plaintiffs, Chad Landau and John Moon intend to serve a |
| 3 | subpoena on: |

BBVA Bank
7315 E. Osborn Road
Scottsdale, AZ 85251

A copy of the Subpoena is attached hereto as Exhibit 1 as required.

RESPECTFULLY SUBMITTED on this 21st day of September, 2020.


By */s/ Timothy M. Collier*
    TIMOTHY M. COLLIER
    3295 North Drinkwater Blvd., Suite 9
    Scottsdale, Arizona 85251
    *Attorney for Plaintiff John Moon*

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2020, a copy of the foregoing **PLAINTIFF JOHN MOON'S NOTICE OF INTENT TO SERVE SUBPOENA** was served upon counsel of record via electronic mail as follows:

William G. Klain
Michelle Swann
Lang & Klain, P.C.
6730 N. Scottsdale Road, Suite 101
Scottsdale, Arizona 85253-4408
filing@lang-klain.com
*Attorneys for Defendants*

Edwin B. Stanley
Simbro & Stanley, PLC
8767 E. Via de Commercio, Suite 103
Scottsdale, AZ 85258-3374
bstanley@simbroandstanley.com
*Attorneys for BKN Management, LLC*

Patrick F. Keery
Keery McCue, PLLC
6803 East Main Street, Suite 1116
Scottsdale, AZ 85251
pfk@keerymccue.com
*Attorney for Chad Landau
in Bankruptcy Case*

s/ *Tremain Davis*
Tremain Davis