

1 **TIMOTHY M. COLLIER, STATE BAR NO. 030431**
**LAW OFFICE OF TIMOTHY M. COLLIER, PLLC**
2 **3295 North Drinkwater Blvd., Suite 9**
**Scottsdale, Arizona 85251**
3 **Tel. (480) 248-0657**
**Fax (480) 718-8759**
4 **timothy.collier@tmcollierlaw.com**

*Attorney for Plaintiff, John Moon*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHAD LANDAU, an individual and on behalf of BRIDGE ENTERTAINMENT, LLC, an Arizona limited liability company; BKN INVESTMENTS, LLC, an Arizona limited liability company; BKN REAL ESTATE, LLC, an Arizona limited liability company; CS CHANDLER REAL ESTATE, LLC, an Arizona limited liability company; DIEGO POPS, LLC, an Arizona limited liability company; DIEGO POPS HOLDINGS, LLC, an Arizona limited liability company; and SCOTTSDALE ROAD RESTAURANT, LLC, an Arizona limited liability company; JOHN MOON, an individual; EDUARDO ESCOBAR, an individual; D2W, LLC, an Arizona limited liability company; KAREN DORIS, LLC, an Arizona limited liability company, <br><br>          Plaintiffs, <br><br>   vs. <br><br> RYAN and CAITLIN JOCQUE, husband and wife. <br><br>          Defendants. | Chapter 11 Proceeding <br><br> Case No. 2:20-bk-04622-DPC <br>           2:20-bk-06897-DPC <br>           2:20-bk-06955-DPC <br><br> (Jointly administered) <br><br> **No. 2:20-ap-00169-DPC** <br><br> **NOTICE OF INTENT TO SERVE SUBPOENA** |

Pursuant to Fed. R. Civ. P. 45(a)(4), made applicable in these proceedings by Bankruptcy Rule 9016, notice is hereby given that Plaintiffs, Chad Landau and John Moon intend to serve a subpoena on:

First Bank<br>
7602 E Indian School Rd.<br>
Scottsdale, AZ 85251

A copy of the Subpoena is attached hereto as Exhibit 1 as required.

RESPECTFULLY SUBMITTED on this 22nd day of September, 2020.

By*/s/ Timothy M. Collier*
TIMOTHY M. COLLIER
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251
*Attorney for Plaintiff John Moon*

# CERTIFICATE OF SERVICE

I certify that on September 22, 2020, a copy of the foregoing **PLAINTIFF JOHN MOON'S NOTICE OF INTENT TO SERVE SUBPOENA** was served upon counsel of record via electronic mail as follows:

William G. Klain
Michelle Swann
Lang & Klain, P.C.
6730 N. Scottsdale Road, Suite 101
Scottsdale, Arizona 85253-4408
filing@lang-klain.com
*Attorneys for Defendants*

Edwin B. Stanley
Simbro & Stanley, PLC
8767 E. Via de Commercio, Suite 103
Scottsdale, AZ 85258-3374
bstanley@simbroandstanley.com
*Attorneys for BKN Management, LLC*

Patrick F. Keery
Keery McCue, PLLC
6803 East Main Street, Suite 1116
Scottsdale, AZ 85251
pfk@keerymccue.com
*Attorney for Chad Landau
in Bankruptcy Case*

s/ *Tremain Davis*
Tremain Davis