# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | CHAD MICHAEL LANDAU |
| **Case Number:** | 2:20-BK-06897-DPC    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, MARCH 15, 2021 10:00 AM   VIDEO CONF HRGS |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RENEE BRYANT |
| **Reporter / ECR:** | N/A |

### Matters:

1) CONTINUED HEARING ON MOTION FOR DEBTOR TO VIEW ALL RELATED DOCKETS THROUGH ELECTRONC COURT RECORDER ECF
   R / M #:    0 / 0

2) EMERGENCY MOTION FOR ALLOWANCE OF SUSTENANCE REQUEST FOR ORAL ARGUMENT
   R / M #:    0 / 0

3) CORRESPONDENCE FILED BY SALVATORE DELLI
   R / M #:    0 / 0

4) **ADV: 2-20-00175**
   **LANDAU BKN HOLDINGS, LLC vs BKN Management, LLC**
   CONTINUED HEARING ON MOTION FOR RECONSIDERATION TO RETAIN JURISDICTION
   R / M #:    15 / 0

5) **ADV: 2-20-00259**
   **CHAD MICHAEL LANDAU vs CAKE WALK MANAGEMENT, LLC & RYAN JOCQUE & CAITLIN JOCQUE**
   CONTINUED STATUS HEARING ON MOTION FOR SUMMARY JUDGMENT (REQUEST FOR SUMMARY DISPOSITION) FILED BY WILLIAM G. KLAIN OF LANG & KLAIN, P.C. ON BEHALF OF CAKE WALK MANAGEMENT, LLC, CAITLIN JOCQUE, RYAN JOCQUE .
   R / M #:    5 / 0

6) **ADV: 2-20-00259**
   **CHAD MICHAEL LANDAU vs CAKE WALK MANAGEMENT, LLC**
   CONTINUED STATUS HEARING ON MOTION FOR SANCTIONS
   R / M #:    0 / 0

7) **ADV: 2-20-00260**
   **AESTHETIC REGISTRY, LLC vs CHAD MICHAEL LANDAU**
   CONTINUED ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT
   R / M #:    0 / 0

8) **ADV: 2-20-00260**
   **AESTHETIC REGISTRY, LLC vs CHAD MICHAEL LANDAU**
   CONTINUED ORAL ARGUMENT ON MOTION TO DISQUALIFY MR. EAGLEBURGER
   R / M #:    0 / 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:20-BK-06897-DPC         MONDAY, MARCH 15, 2021 10:00 AM

9) **ADV: 2-20-00169**

   **Chad Landau vs Ryan Jocque**

   HEARING ON ORDER TO SHOW CAUSE AS TO WHY KAREN DORIS SHOULD NOT BE DISMISSED AS A PARTY DUE TO FAILURE TO HAVE COUNSEL

   R / M #:    4 / 0

## *Appearances:*

   MAUREEN GAUGHAN, TRUSTEE
   CHAD MICHAEL LANDAU, PRESENT
   STEVEN J. BROWN, ATTORNEY FOR MAUREEN GAUGHAN
   G. GREGORY EAGLEBURGER, ATTORNEY FOR LANDAU BKN HOLDINGS, LLC
   WILLIAM G. KLAIN, ATTORNEY FOR CAKE WALK MANAGEMENT, LLC, RYAN JOCQUE, RYAN JOCQUE, CAITLIN JOCQUE
   EDWIN B STANLEY, ATTORNEY FOR BKN MANAGEMENT, LLC, RYAN JOCQUE
   KAREEM MORTADA, CREDITOR
   SALVATOR DELLI, CREDITOR
   DOMINICK BARBERA, CREDITOR

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

(continue)...    2:20-BK-06897-DPC            MONDAY, MARCH 15, 2021 10:00 AM

## *Proceedings:*

Mr. Brown gives an overall status update, noting he has had discussions with the parties. He states everyone recognizes the matter is complicated, and negotiations will take some time. Mr. Brown says there is a possibility they will seek to consolidate Karen Doris LLC and Landau BKN the entity. He suggests a 60-day continuance to get through negotiations and possible mediation.

Mr. Klain is agreeable to a 60-day continuance. He addresses the dispositive motion deadline in adversary 20-ap-00169, noting it may make sense to get a stipulation. Mr. Klain discusses his concerns with the filings that Mr. Landau has made and will continue to make. He is concerned about how his time and client's money is spent. Mr. Klain asks that no responses be required unless ordered by the Court.

Mr. Collier agrees to a 60-day continuance. He provides his view of Mr. Landau's filings. He agrees with Mr. Klain's suggestions.

Mr. Eagleburger states his clients have no problem extending the matter 60-days. He believes the court should determine the proper procedure for Mr. Landau's filings.

Mr. Keery does not have a position; he will defer to the Court.

Mr. Landau makes an appearance on behalf of BKN Holdings and Karen Doris.

The Court informs Mr. Landau he cannot represent entities.

Mr. Landau disagrees and provides his argument.

Mr. Delli does not believe his debt should be discharged.

The Court reminds the creditors that if they intend to seek a non-dischargeable claim, they need to file a complaint by the March 22, 2021 deadline.

Mr. Stanley explains he is agreeable to the 60-day continuance.

The Court explains to Mr. Laundau the parties want to continue everything on the calendar for 60-days to allow the trustee to get a better handle on the matter and possible resolution. Mr. Landau is asked for his position on the 60-day continuance.

Mr. Landau states he is all for a resolution. He asks if he is on the record and to be sworn in. He is concerned his rights are impeded upon, and feels he does not have a voice.

The Court informs Mr. Landau; this is not a Trial nor an Evidentiary Hearing. Asking to be sworn in is asking to engage in contested litigation. The Court wants to hear what Mr. Landau has to say and asks him to address the Motion for Sustenance.

Mr. Landau addresses the motion and the current issues he is facing. He states he has filed a RICO claim against Ryan Jocque. He asks to be sworn in again to back up every allegation he is making. He states there are problems with the bankruptcy, and his rights have been impeded. He says he would like one hearing where his voice can be heard. Mr. Landau states he was pushed into chapter 7, and he would like the Court to allow him to go back to Chapter 11.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:20-BK-06897-DPC          MONDAY, MARCH 15, 2021 10:00 AM

The Court explains to Mr. Landau if he believes the case should be chapter 11, he will need to file a motion.

**COURT:** THE COURT EXPLAINS TO MR. LANDAU THAT IF HE BELIEVES THERE ARE GROUNDS TO RE-CONVERT THE CASE TO A CHAPTER 11, A MOTION WILL NEED TO BE FILED. THE COURT ALSO UNDERSTANDS THAT THERE ARE MOTIONS TO DISQUALIFY THAT MR. LANDAU WANTS TO ARGUE. IT IS ORDERED THAT MR. LANDAU ADDRESS EVERYTHING THAT HE WANTS TO ARGUE AND WHY HE THINKS HE IS ENTITLED TO IT WITHIN 60-DAYS FROM NOW. THE COURT WILL READ MR. LANDAU'S FILINGS AND DECIDED WHETHER ANYBODY NEEDS TO RESPOND AND WHETHER A HEARING IS NEEDED.

Mr. Barbera offers his comments; he believes the Court should allow Mr. Landau to re-convert back to a Chapter 11.

**COURT:** IT IS ORDERED SETTING A CONTINUED HEARING ON MAY 17, 2021, AT 10:00 A.M.

**FOR ALL MATTERS SET FOR HEARING ON MAY 17, 2021, AT 10:00 AM, PARTIES ARE DIRECTED TO APPEAR BY VIDEO CONFERENCE USING THE FOLLOWING ZOOM LINK:**

**ZOOM** <https://www.zoomgov.com/j/1607181427?pwd=ZWVyaFVWdzdnVm1NYkFhcGl4M3o1Zz09>

**Meeting ID:** 160 718 1427
**Passcode:** 283661

**THE COURT EXPECTS ALL PARTIES TO APPEAR BY VIDEO. IF A VIDEO CONNECTION IS NOT POSSIBLE, PARTIES MAY APPEAR VIA AUDIO ONLY BY CALLING 877-873-8018, ACCESS CODE 7217155.**

**NOTICE SENT THROUGH THE
BANKRUPTCY NOTICING CENTER "BNC"
TO THE FOLLOWING:**

CHAD MICHAEL LANDAU
8900 N. 58TH PLACE
PARADISE VALLEY, AZ 85253