# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CHAD MICHAEL LANDAU,<br><br>      Debtor.<br>_____<br><br>CHAD LANDAU, an individual and on behalf of BRIDGE ENTERTAINMENT, LLC, an Arizona limited liability company; BKN INVESTMENTS, LLC, an Arizona limited liability company; BKN REAL ESTATE, LLC, an Arizona limited liability company; CS CHANDLER REAL ESTATE, LLC, an Arizona limited liability company; DIEGO POPS, LLC, an Arizona limited liability company; DIEGO POPS HOLDINGS, LLC, an Arizona limited liability company; SCOTTSDALE ROAD RESTAURANT, LLC, an Arizona limited liability company; JOHN MOON, an individual; EDUARDO ESCOBAR, an individual; D2W, LLC, an Arizona limited liability company; KAREN DORIS, LLC an Arizona limited liability company,<br><br>      Plaintiffs,<br>  v.<br><br>RYAN and CAITLIN JOCQUE, husband and wife,<br><br>      Defendants. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-06897-DPC<br><br><br><br>Adv. No. 2:20-ap-00169-DPC<br><br>**ORDER EXTENDING DISPOSITIVE MOTION DEADLINE** |

Pursuant to the parties' *Stipulation to Extend Dispositive Motion Deadline;*

IT IS ORDERED extending the deadline as follows:

| **Description** | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| Dispositive Motions | April 16, 2021 | June 16, 2021 |

**DATED AND SIGNED ABOVE**